[ No. 1804.   Decided January 9, 1896.]

C. S. MOODY, *Appellant,* v. ROBERT G. WESTERMAN *et al., Respondents.*

Appeal from Superior Court, King County.— Hon. RICHARD OSBORN, Judge.   Reversed.

*Frank Quinby,* and *Million & Houser,* for appellant.

ANDERS, J.—The questions involved in this case are identical with those presented and determined in the case of *Gilmore v.* these same defendants, and for the reasons given in that case, the judgment is reversed and the cause remanded with directions to overrule the demurrer to the complaint.

HOYT, C. J. and DUNBAR, SCOTT and GORDON, JJ., concur.

——————

[No. 1808.   Decided January 24, 1896.]

H. C. SMITHSON, *Administrator, Appellant,* v. IRA WOODIN *et al., Respondents.*

Appeal from Superior Court, King County—Hon. J. W. LANGLEY, Judge.

*Clise & King,* for appellant.

*Edward von Tobel,* and *W. E. Humphrey,* for respondents.

*Per Curiam:*   It having been suggested at the hearing, and upon examination of the record found, that no bond was given by appellant upon appeal from the judgment and order in this case, the court considers that it is without jurisdiction and for that reason the appeal will be dismissed.